Maurice Guy BOWLING, Appellant,

v.

UNITED STATES of America, Appellee.

No. 22529.

United States Court of Appeals Fifth Circuit.

Jan. 24, 1966.

Maurice Guy Bowling, Jacksonville, Fla., for appellant.

James H. Walsh, Asst. U. S. Atty., Jacksonville, Fla., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and FISHER, District Judge.

PER CURIAM:

The judgment is affirmed.